July 18, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

SONYA CHANDLER-ANDERSON, Appellant

NO. 14-13-00269-CV                V.

CHERYRL BEAUSOLEIL AND SUPERIOR GERIATRIC SERVICES,
Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 11, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Sonya Chandler-Anderson.

We further order this decision certified below for observance.